■ GAETANA TAIBBI, Respondent, v. SALVATORE J. TAIBBI, Appellant.— Judgment of the Supreme Court, Nassau County, entered April 16, 1974, affirmed, without costs. No opinion. Appeal from order of the same court, dated October 23, 1973, dismissed, without costs. No appeal lies from an order denying reargument (*Abrams* v. *Sunnybrook Acres*, 23 A D 2d 930). Gulotta, P. J., Martuscello, Latham, Christ and Benjamin, JJ., concur.

## (December 11, 1974)

■ In the Matter of HAROLD K. GRUNE, Appellant, v. ARTHUR ACKERSON et al., Constituting the Board of Elections of Rockland County, and ROBERT J. CONNOR et al., Respondents.— In a proceeding *inter alia* to compel a review of the canvass of the votes cast in the general election held on November 5, 1974 for the public office of Assemblyman for the 96th Assembly District, the appeal is from a judgment of the Supreme Court, Rockland County, entered December 4, 1974, which dismissed the petition and directed certification of respondent Connor as the successful candidate in said election. Judgment affirmed without costs. No opinion. Gulotta, P. J., Martuscello, Shapiro, Christ and Brennan, JJ., concur.

## (December 12, 1974)

■ In the Matter of the Removal of HUGO SCUCCIMARRA, as City Court Judge of the City Court of Peekskill. FRANK A. FINNERTY, JR., Petitioner; HUGO SCUCCIMARRA, Respondent.— On the court's own motion, the instant removal proceeding is hereby closed. By order dated October 25, 1974 petitioner was designated and authorized to institute a proceeding for respondent's removal from office. Respondent tendered his resignation from his judicial office, effective November 29, 1974, and the resignation was accepted. Accordingly, a continuation of this removal proceeding would serve no constructive purpose. Gulotta, P. J., Martuscello, Latham, Shapiro and Cohalan, JJ., concur.